Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


## MEMORANDUM OPINION

No. 04-09-00317-CV

Jesse K. **PRATHER**,
Appellant

v.

Major Darren B. **WALLACE**, et al.,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 08-07-00106-CVK
Honorable Bert Richardson, Judge Presiding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed: February 10, 2010

DISMISSED FOR WANT OF PROSECUTION

On November 30, 2009, notice was given to the appellant that this appeal was subject to dismissal if he did not file his brief by January 11, 2010. To date, appellant has filed neither a brief nor a motion for extension of time to file his brief. There being no satisfactory explanation for the

---

[1] Sitting by assignment.

failure to timely file the brief, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8; 42.3.


PER CURIAM